# ATTACHMENT A
# ITEMS TO BE SEARCHED

The property to be searched is one camouflage plate carrier and its bullet-proof plate with a bullet hole.

This warrant authorizes the forensic examination of this property for the purpose of identifying evidence that is still on and in the plate carrier and body armor plate, including any bullet fragments or powder residue that may remain on or in the plate carrier and plate.









