**ATTACHMENT B**
**PARTICULAR THINGS TO BE SEIZED**

All evidence relating to violations of 18 U.S.C. § 1347 (health care fraud) on or in the plate carrier and body armor plate including but not limited to:

a. Any bullet, bullet fragment, casing of bullet, or other remaining physical evidence inside the plate carrier or body armor plate that can be scientifically and forensically examined and indicate what type of bullet struck the body armor and how far that bullet travelled;

b. Any powder or powder residue remaining on or in the plate carrier or body armor plate that can be scientifically and forensically examined to indicate the distance from which the body armor was shot.